# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

December 30, 2014

**VIA ECF**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

　　　　　　　　Re:　　Isaias Gonzalez et al. v. Schnipper Restaurants LLC, et al.,
　　　　　　　　　　　14 cv 2555 (RMB)

Your Honor:

　　　This office represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendants to notify the Court that the parties have reached a settlement in this matter. The parties anticipate submitting an executed stipulation of dismissal to Your Honor within the next thirty (30) days. In light of the settlement the parties request that the remaining conferences and deadlines in this matter, including the status conference scheduled for January 5, 2015, be adjourned *sine die*.

　　　The parties thank the Court for its time and attention to this matter

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Shawn Clark
　　　　　　　　　　　　　　　　　　　　　　　Shawn Clark, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

CC: (Via ECF)
Felice B. Ekelman
Douglas Joseph Klein
Jackson Lewis P.C.
*Attorneys for Defendants*